PATRICK DONOVAN, Respondent, *v.* THOMAS SHERIDAN et al., Appellants.

(Decided November 2, 1894.)

Agree to affirm by default, with costs, and ten per cent damages for delay under section 3251 of the Code of Civil Procedure. No opinion.

All concur.

Judgment affirmed. _____